IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA NAILS,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        CASE NO. CV422-098
                                       )
CITY OF SAVANNAH POLICE                )
DEPARTMENT and OFFICER STRIVE,         )
                                       )
        Defendants.                    )
                                       )

## O R D E R

Before the Court is the Magistrate Judge's October 5, 2022,
Report and Recommendation (Doc. 9), to which Plaintiff has filed
an objection (Doc. 10). After a careful review of the record,[1] the
report and recommendation (Doc. 9) is **ADOPTED** as the Court's
opinion in this case.

The Magistrate Judge recommends that this Case be dismissed
because the Court lacks subject matter jurisdiction. (Doc. 9 at 2-
8.) Plaintiff does not identify any defect in the Magistrate
Judge's subject matter jurisdiction analysis and concedes that the
Court does not have diversity jurisdiction over her claim. (Doc.

---

[1] The Court reviews de novo a magistrate judge's findings to which
a party objects, and the Court reviews for clear error the portions
of a report and recommendation to which a party does not object.
28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv.,
Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the
standard of review for report and recommendations (citing Macort
v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per
curiam))).

10 at 1.) Although Plaintiff asserts that her claim is a "Constitutional complaint," she does not identify any plausible basis for such a claim. (Id.) Instead, Plaintiff vaguely questions whether the "defendants have made a fair concise and professional lawful decision[.]" (Id.) Her vague assertions of an unfair decision regarding the completion of a police report are not sufficient to invoke the Court's federal question jurisdiction. (See Doc. 9 at 4 (citing Adventure Outdoors, Inc. v. Bloomberg, 552 F.3d 1290, 1295 (11th Cir. 2008)).) This appears to be yet another federal lawsuit filed by Plaintiff "at the slightest inconvenience," jurisdictional requirements notwithstanding. (Id. at 7-8.)

For the foregoing reasons, Plaintiff's objections (Doc. 10) are **OVERRULED**, the report and recommendation (Doc. 9) is **ADOPTED** as the Court's opinion in this case, and Plaintiff's Complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA