IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA DENISE NAILS, )
)
    Plaintiff-Appellant, )
)
vs. ) Case No. CV422-098
)
SAVANNAH POLICE DEPARTMENT, )
POLICE DEPARTMENT, OFFICER )
STRIVE, )
)
    Defendants-Appellees. )

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this \_\_\_13th\_\_\_ day of March 2023.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA